**FILED**
**JULY 21, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                        Case Number: **08 C 50147**

Joe Hand Promotions, Inc., as Broadcast Licensee of the
February 2, 2008 UFC #81 Program,
                                        Plaintiff,
        -against-
Sean C. Davis, et al,                   Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, JOE HAND PROMOTIONS, INC.

| NAME (Type or print) |
| --- |
| Julie Cohen Lonstein, Esq. |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ Julie Cohen Lonstein |

| FIRM |
| --- |
| Lonstein Law Office, P.C. |

| STREET ADDRESS |
| --- |
| 1 Terrace Hill, P.O. Box 351 |

| CITY/STATE/ZIP |
| --- |
| Ellenville, New York 12428 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 90784647 | (845)647-8500 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |