**FILED**

**JULY 21, 2008**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Case Number: **08 C 50147**

Joe Hand Promotions, Inc., as Broadcast Licensee of the
February 2, 2008 UFC #81 Program,

Plaintiff,

-against-

Sean C. Davis, et al,                                    Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, JOE HAND PROMOTIONS, INC.

| |
|---|
| NAME (Type or print)<br> Sheldon S. Gomberg, Esq. |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br> s/ Sheldon S. Gomberg |
| FIRM |
| STREET ADDRESS<br> 134 North La Salle Street,  Suite 1208 |
| CITY/STATE/ZIP<br> Chicago, IL   60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br> 1003984 | TELEPHONE  NUMBER<br> (312)236-7414 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐ |