FILED
JULY 21, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

---

JOE HAND PROMOTIONS, INC., as
Broadcast Licensee of the **February 2, 2008**
**UFC #81** Program,

        Plaintiff,

-against-

SEAN C. DAVIS a/k/a SHAUN DAVIS,
Individually, and d/b/a TOWN PUMP &
GRILL a/k/a TOWN PUMP, and TOWN
PUMP & GRILL a/k/a TOWN PUMP,

        Defendants.

---

**DESIGNATION OF LOCAL COUNSEL**

Civil Action No.

**08 C 50147**

**JUDGE KAPALA**
**MAGISTRATE JUDGE MAHONEY**

COME NOW the Plaintiff, **JOE HAND PROMOTIONS, INC.**, on behalf of Themselves and All Others Similarly Situated, and through counsel hereby designates SHELDON S. GOMBERG, ESQ., of 134 North La Salle Street, Suite 1508, Chicago, IL 60602, as resident counsel for the Plaintiff.

Dated:  July 18, 2008
         Ellenville, New York

                            **JOE HAND PROMOTIONS, INC.**

                            By: /s/Julie Cohen Lonstein
                               JULIE COHEN LONSTEIN, ESQ.
                               Attorney for Plaintiff
                               Bar Roll No. 90784647
                               LONSTEIN LAW OFFICE, P.C.
                               Office and P.O. Address
                               1 Terrace Hill : P.O. Box 351
                               Ellenville, NY 12428
                               Telephone: (845) 647-8500
                               Facsimile: (845) 647-6277
                               Email: Info@signallaw.com
                                  *Our File No. 08-2IL-N01V*