**FILED**
**JULY 21, 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

---

JOE HAND PROMOTIONS, INC., as Broadcast Licensee of the **February 2, 2008** UFC #81 Program,

                Plaintiff,

-against-

SEAN C. DAVIS a/k/a SHAUN DAVIS, Individually, and d/b/a TOWN PUMP & GRILL a/k/a TOWN PUMP, and TOWN PUMP & GRILL a/k/a TOWN PUMP,

                Defendants.

---

**PLAINTIFF'S DISCLOSURE OF INTERESTED PARTIES**

Civil Action No.

**08 C 50147**

**JUDGE KAPALA**
**MAGISTRATE JUDGE MAHONEY**

PURSUANT TO THE FEDERAL RULES OF CIVIL PROCEDURE AND THE GENERAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, subsidiaries, or affiliates of that Party which are publicly held.

There are corporate parents, subsidiaries, or affiliates of the plaintiff, **JOE HAND PROMOTIONS, INC.**

Dated: July 18, 2008
       Ellenville, New York

                              **JOE HAND PROMOTIONS, INC.**

                              By: /s/Julie Cohen Lonstein
                                  JULIE COHEN LONSTEIN, ESQ.
                                  Attorney for Plaintiff
                                  Bar Roll No. 90784647
                                  LONSTEIN LAW OFFICE, P.C.
                                  Office and P.O. Address
                                  1 Terrace Hill : P.O. Box 351
                                  Ellenville, NY  12428
                                  Telephone:  (845) 647-8500
                                  Facsimile:   (845) 647-6277
                                  Email: Info@signallaw.com
                                  *Our File No.  08-2IL-N01V*