## United States District Court for the Northern District of Illinois

Case Number: __08 C 50147__　　　Assigned/Issued By: __pl__

---

### FEE INFORMATION

Amount Due:　[X] $350.00　　[ ] $39.00　　[ ] $5.00
　　　　　　　[ ] IFP　　　　[ ] No Fee　　[ ] Other _____

*(For use by Fiscal Department Only)* 0752 000000000295 0393

Amount Paid: __350.00__　　　　Receipt #: _____

Date Paid: _____　　　　　　　Fiscal Clerk: _____

---

### ISSUANCES

Type Of Issuance:
- [X] Summons
- [ ] Alias Summons
- [ ] Third Party Summons
- [ ] Lis Pendens
- [ ] Non Wage Garnishment Summons
- [ ] Wage-Deduction Garnishment Summons
- [ ] Citation to Discover Assets
- [ ] Writ _____ (Type of Writ)

__2__ Original and __0__ copies on __7/21/08__ as to __Defendants__
　　　　　　　　　　　　　　　(Date)

FILED
JUL 21 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

C:\wpwin80\docket\feeinfo.frm　01/01